Alec Shatz, Appellee, v. Aaron K. Paul, Seymour Hirschfield and Harold Hirschfield, copartners, doing business as Empire Factors, Appellants.

Gen. No. 46,992.

First District, Second Division.

April 9, 1957.

Released for publication May 21, 1957.

Samuel J. Andalman, for appellants; Collen, Kessler & Kadison, for appellee, Mark A. Greenhouse, of counsel. Opinion by JUDGE McCORMICK. Not to be published in full.